UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HONORABLE STANLY R. CHESLER |
| | : | UNITED STATES DISTRICT JUDGE |
| V. | : | CRIMINAL NO. 11-516-01 (SRC) |
| | : | **ORDER AMENDING CAPTION OF** |
| LAVAR BELLFIELD | : | **INDICTMENT NO. 11-516-01 (SRC)** |

This matter having been opened to the Court by the Defendant, Lavar Bellfield, by his attorney, Donald J. McCauley, Esq., Assistant Federal Public Defender and the United States Attorney for the District of New Jersey (Fabiana Pierre-Louis, Esq., Assistant U.S. Attorney, appearing) for an Order Amending the Caption of Indictment Number 11-516-01 (SRC) to reflect defendant's true birth name as it appears on his Birth Certificate and the government having consented to the amending of the caption of indictment number 11-516-01 (SRC) and for good cause shown;

WHEREFORE, it is on this day 4th day of ~~August~~ Sept, 2012,

ORDERED that the caption to Indictment Number 11-516-01 (SRC) is hereby amended to to read "United States of America v. Ramon Lavar Belfield, a/k/a Lavar Bellfield." It is furthered Ordered that all documents filed in this case shall be filed under this amended caption.

HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE