UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. **LAVAR BELLFIELD** :      CRIMINAL NO.: **11-CR-516-SRC-1**

## PETITION FOR
## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum              ( ) Ad Testificandum

1. **RAMON LAVAR BELLFIELD, SBI# 805959C; DOB:** ~~~~~~~~ (hereinafter the "Detainee") is now confined at the:

**PASSAIC COUNTY CORRECTIONAL FACILITY**

2. The Detainee is charged in this District by: ( X ) Indictment ( ) Information ( ) Complaint with a violation of Title 18, United States Code, Section 922(g).

3. The Detainee will be returned to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at the U.S. POST OFFICE & COURTHOUSE, FEDERAL SQUARE, COURTROOM #8, NEWARK, NEW JERSEY, before the Hon. Stanley R. Chesler, U.S.D.J., on **TUESDAY, OCTOBER 30TH** at **9:00 a.m.**, for **SENTENCING** in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: October 17, 2012

_Fabiana Pierre-Louis_
Fabiana Pierre-Louis
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 10/22/2012

_____
Hon. Stanley R. Chesler, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the **PASSAIC COUNTY CORRECTIONAL FACILITY**:

WE COMMAND YOU that you have the body of

**RAMON LAVAR BELLFIELD**

now confined at the **PASSAIC COUNTY CORRECTIONAL FACULTY**, brought before the United States District Court, the Hon. Stanley R. Chesler, U.S. District Judge, U.S. POST OFFICE & COURTHOUSE, FEDERAL SQUARE, Courtroom #8, NEWARK, NEW JERSEY on **TUESDAY, OCTOBER 30TH, 2012** at **9:00 a.m.**, for **SENTENCING** in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Stanley R. Chesler
United States District Judge
Newark, New Jersey.

DATED: 10/22/2012

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk