UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. **LAVAR  BELLFIELD :**          CRIMINAL  NO.: **11-CR-516-SRC-1**

## PETITION FOR
## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum                    (  ) Ad Testificandum

1.  **RAMON LAVAR BELLFIELD, SBI# 805959C; DOB: 9-14-1984;**  (hereinafter the
"Detainee") is now confined at the:

### PASSAIC COUNTY CORRECTIONAL FACILITY

2.  The Detainee is charged in this District by: ( X ) Indictment  (  ) Information (  ) Complaint
with a violation of  Title 18, United States Code, Section 922(g).

3.  The Detainee will be returned to the custody of  the detaining facility upon termination of
proceedings.

4.  The Detainee will be required at the U.S. POST OFFICE & COURTHOUSE, FEDERAL
SQUARE, COURTROOM #8, NEWARK, NEW JERSEY,  before the Hon. Stanley R. Chesler,
U.S.D.J., on **THURSDAY, NOVEMBER 1ST** at **9:00 a.m.,** for **SENTENCING** in the above-
captioned case.  A Writ of Habeas Corpus should issue for that purpose.


DATED: October 26, 2012

                                        _s/Fabiana Pierre-Louis_
                                        Fabiana Pierre-Louis
                                        Assistant U.S. Attorney
                                        Petitioner

**ORDER**

Let the Writ Issue.

DATED: 10/26/12

J. STANLEY R. CHESLER
United States District Judge

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the **PASSAIC COUNTY CORRECTIONAL FACILITY:**

WE COMMAND YOU that you have the body of

### RAMON LAVAR BELLFIELD

now confined at the **PASSAIC COUNTY CORRECTIONAL FACULTY**, brought before the United States District Court, the Hon. Stanley R. Chesler, U.S. District Judge, U.S. POST OFFICE & COURTHOUSE, FEDERAL SQUARE, Courtroom #8, NEWARK, NEW JERSEY on **THURSDAY, NOVEMBER 1ST , 2012** at **9:00 a.m.**, for **SENTENCING** in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Stanley R. Chesler
United States District Judge
Newark, New Jersey.

DATED: 10/26/12

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per:
Deputy Clerk